UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA R. ARRINGTON-ANDREWS,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

                                      /

Case No. 15-10519

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
DAVID R. GRAND

**ORDER ADOPTING REPORT AND RECOMMENDATION [14] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11]**

Plaintiff seeks judicial review of an Administrative Law Judge decision denying her application for disability benefits. On April 17, 2015, Defendant filed a Motion to Dismiss [11]. On May 18, 2015, the Magistrate Judge issued an Order [12] directing Plaintiff to file a response to Defendant's motion or otherwise show cause why her complaint should not be dismissed by May 27, 2015. On May 27, 2015, Plaintiff filed a Response [13]. On August 25, 2015, the Magistrate Judge issued a Report and Recommendation [14] construing Defendant's motion to dismiss as a motion for summary judgment and recommending that the Court grant

1

the motion. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [14] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [11] is **GRANTED**.

**SO ORDERED**.

Dated: October 15, 2015

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge